# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LISA COLLINS,** | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 6:20-cv-01351-WWB-DCI |
| **STAPLES CONTRACT AND COMMERCIAL SALES, LLC,** | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Defendant STAPLES CONTRACT AND COMMERCIAL LLC (incorrectly named as "Staples Contract and Commercial Sales, LLC"), by and through undersigned counsel and pursuant to Local Rule 3.09, hereby notifies this Court the parties have agreed upon an amicable settlement in the above-referenced action. The Parties are preparing the settlement papers, which are expected to be finalized shortly.

**Dated**: February 17, 2021.    Respectfully submitted,

LITTLER MENDELSON, P.C.
111 N. Orange Avenue, Suite 1750
Orlando, Florida 32801-2366
Telephone: (407) 393-2900
Facsimile: (407) 393-2929

BY:   */s/ Natalie J. Storch*
Kimberly J. Doud
Fla. Bar No.: 523771
Email: kdoud@littler.com

Natalie J. Storch
Fla. Bar No.: 269920
Email: njstorch@littler.com

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 17th day of February, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a correct copy of the foregoing has been furnished electronic mail to:. Khambrel Davis, Esquire, DAVIS AND DAVIS LAW, PLLC, 4846 N University Dr., Suite 411, Sunrise, Florida 33351, kdavis@ddlawpllc.com.

                                             */s/ Natalie J. Storch*
                                             Natalie J. Storch

4849-3133-1548.1 078303.1070